**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Daniel Trevino<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cr-00597-CV<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing
is set for _April 16_____, _2026_____, at _9:00_____ ☒a.m. / ☐p.m. before the
Honorable _Maria A. Audero_____, in Courtroom _880_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/6/26_____

_____
U.S. District Judge/Magistrate Judge
Maria A. Audero